**Order entered February 14, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00026-CV**
**No. 05-18-01160-CV**

**RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants**

**V.**

**MERRITT HAWKINS & ASSOCIATES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER
Before Justices Whitehill, Molberg, and Nowell

Before the Court are two interlocutory appeals arising from the underlying case. Appellate cause number 05-18-01160-CV involves an appeal from a temporary injunction (the TI appeal); and appellate cause number 05-19-00026-CV involves an appeal from the trial court's denial by operation of law of appellants' motion to dismiss pursuant to section 27.003 of the civil practice and remedies code (the TCPA appeal). *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 27.003; 27.008(a); 51.014(a)(4), (12).

By order dated December 20, 2018 in the TI appeal, we addressed appellee's emergency motion to enforce alleging that appellee Richard Gehrke had violated the temporary injunction.

The Court granted appellee's motion and referred it to the trial court for an evidentiary hearing and determination of any appropriate relief. *See* TEX. R. APP. P. 29.4(a).

Before us in the TCPA appeal, is appellants' January 14, 2019 motion to stay and for protection. That motion essentially asks us to enforce the automatic stay that became effective when appellants filed their notice of appeal after their TCPA dismissal motion was denied. They seek to stay all proceedings in the trial court including discovery. We **DENY** appellants' motion.

We **MODIFY** this Court's December 20 order and **LIFT** the section 51.014(b) automatic stay for the following two purposes: (1) to allow the parties to conduct discovery related to the alleged violations of the temporary injunction; and (2) to allow the trial court to conduct an evidentiary hearing on the motion referred to it in our December 20 order. We **ORDER** the trial court to conduct the hearing and grant in writing any appropriate relief **WITHIN FORTY DAYS** of the date of this order.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, **WITHIN FORTY-FIVE DAYS** of the date of this order, a supplemental clerk's record in appellate cause number 05-18-01160-CV containing any signed order on appellants' emergency motion to enforce or written notification that the trial court did not sign an order on the motion.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Emily Tobolowsky, Presiding Judge of the 298th Judicial District Court; Ms. Pitre; and all parties.

We **ABATE** the TI appeal to allow the trial court to comply with this Court's order. The

appeal will be reinstated in forty-five days or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/ BILL WHITEHILL
   JUSTICE